# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00789-CR
NO. 03-14-00790-CR
NO. 03-14-00791-CR

**George Henry Walker, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
NOS. B-13-0883-SB, B-14-0650-SA & B-14-0994-SB
HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

George Henry Walker pleaded guilty to three offenses and true to allegations of two previous felony convictions. *See* Tex. Health & Safety Code § 481.115(c) (possession of controlled substance), Tex. Penal Code §§ 38.04(b)(2)(A) (evading arrest and detention with vehicle), .10(f) (failure to appear); *see also id.* § 12.42(d) (setting penalty range for habitual felony offenders convicted of subsequent felony). After a hearing on punishment, the trial court assessed a sentence of forty-five years in prison for each offense, all terms to run concurrently with each other.

On April 13, 2015, Walker's court-appointed appellate attorney filed a motion to withdraw supported by a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967);

*see also Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978). Walker's counsel sent a copy of the brief to him and advised him of his right to examine the appellate record and to file a pro se brief. *See Anders*, 386 U.S. at 744.

By motion filed May 4, 2015, Walker requested access to the appellate record so that he might file a brief. By letter dated May 8, 2015, the trial court clerk's office notified this Court that it had sent a copy of the record to Walker. More than thirty days have passed since the record was sent to Walker and we have not received a brief or a motion for extension of time to file a brief.

We have reviewed the record and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009). We agree with counsel that this appeal is frivolous, affirm the judgments of conviction, and grant counsel's motion to withdraw.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Affirmed

Filed:   July 29, 2015

Do Not Publish

2